393 P.2d 340

Thomas STEPHENS, Petitioner,

v.

The STATE of New Mexico, Harold A. Cox, Warden, et al., Respondents.

No. 95 HC.

Supreme Court of New Mexico.

June 17, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

393 P.2d 340

James L. CLARK, Petitioner,

v.

The FIRST JUDICIAL DISTRICT COURT, Santa Fe, New Mexico, Respondent.

No. 102 HC.

Supreme Court of New Mexico.

June 24, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ and NOBLE, Justices, concurring; MOISE, Justice, not participating.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.